UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRYKER SALES CORPORATION,

    Plaintiff,

v.

JOHNNY MCNANY and INTEGRA
LIFESCIENCES CORPORATION,

    Defendants.
_____/

Case No. 1:15-cv-1110

HON. JANET T. NEFF

## ORDER

The Court having conducted a hearing on January 28, 2016 on Plaintiff's Motion for Preliminary Injunction (Dkt 23), and the Court having ruled from the bench, for the reasons stated on the record:

**THEREFORE, IT IS ORDERED** that Plaintiff's Motion for Preliminary Injunction is GRANTED; the parties shall **not later than February 11, 2016**, file a joint proposed Preliminary Injunction for consideration and entry by the Court, which incorporates the factors and parameters for reasonable injunctive relief set forth by the Court.

**IT IS FURTHER ORDERED** that Plaintiff is required to post a bond of $50,000 pursuant to FED. R. CIV. P. 65(c).

**IT IS FURTHER ORDERED** that the Temporary Restraining Order (Dkt 30) shall continue in effect pending entry of a Preliminary Injunction by the Court.

**IT IS FURTHER ORDERED** that Plaintiff is granted expedited discovery of ten written

interrogatories, limited to the issue of Defendants' sales activities with other customers that may fall within the terms of Defendant McNany's Agreement with Plaintiff.


Dated: January 28, 2016             ___/s/ Janet T. Neff_____
                                                               JANET T. NEFF
                                                                United States District Judge